GOINS, APPELLANT, *v.* PINEDA, WARDEN, APPELLEE.

[Cite as *Goins v. Pineda,* 128 Ohio St.3d 358, 2011-Ohio-529.]

*Subsequent petition for habeas corpus relief — Res judicata bars a second petition — Judgment affirmed.*

(No. 2010-1736 — Submitted February 2, 2011 — Decided February 9, 2011.)

APPEAL from the Court of Appeals for Hocking County, No. 09CA5.

————————————

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals denying the motion of appellant, Dana Goins, for leave to file a second petition for a writ of habeas corpus. Res judicata bars Goins from filing a successive habeas corpus petition to raise claims that he raised or could have raised in his previous petition. See *State ex rel. Johnson v. Pineda*, 126 Ohio St.3d 480, 2010-Ohio-4387, 935 N.E.2d 38, ¶ 1.[1]

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

————————————

Dana Goins, pro se.

Michael DeWine, Attorney General, and M. Scott Criss, Assistant Attorney General, for appellee.

————————————

1. We deny appellant's motion for oral argument.